United States District Court
Southern District of Texas
**ENTERED**
August 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOSEPH HUERTA, § | |
| § | |
| VS. § | 3:19-cv-00213 |
| § | |
| PHILLIPS 66 COMPANY. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On February 23, 2021, all dispositive and non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)–(B). *See* Dkt. 31. Judge Edison filed a memorandum and recommendation on July 29, 2021, recommending that Defendant Phillips 66 Company's Motion for Summary Judgment (Dkt. 23) be granted and this case dismissed. *See* Dkt. 34.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 34) is approved and adopted in its entirety as the holding of the court;

(2) Defendant Phillips 66 Company's Motion for Summary Judgment (Dkt. 23) is granted; and

(3) This case is dismissed with prejudice. A final judgment will be separately entered.

Signed on Galveston Island this 18th day of August 2021.

                                                  _____
                                                  JEFFREY VINCENT BROWN
                                           UNITED STATES DISTRICT JUDGE